May 27, 2005

Mr. Jack Lawrence
5570 Winfree
Beaumont, TX 77705

Honorable Earl B. Stover III
88th Judicial District
P.O. Box 607
Kountze, TX 77625-0607
Ms. Martha Bevil Wright
P.O. Box E
Silsbee, TX 77656

RE: Case Number: 03-1154
 Court of Appeals Number: 09-03-00394-CV
 Trial Court Number: 42289

Style: RUSSELL POWELL
 v.
 HONORABLE JUDGE EARL STOVER, III

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 52.8(c), without hearing
oral argument, the Court conditionally grants the petition for writ of
mandamus and issued the enclosed opinion in the above-referenced cause.
The Rule 53.4, T.R.A.P. Motion is dismissed as moot.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Carol Anne |
| |Flores |
| |Ms. Vicki Johnson |